IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                               )
        vs.              )     Criminal No. 04-176
                               )
FREDERICK H. BANKS         )

## O R D E R

Pending before the Court is Defendant's "Ex Parte Motion for Docket and Pre-sentence Investigation Report to Properly Reflect that Defendant Proceeded *Pro Se* in this Proceeding," Docket No. 323.

The Clerk of Court is hereby directed to correct the docket of the above-captioned case to reflect the fact that Mr. Banks has represented himself throughout this matter and that David B. Chontos, Esq., acted as stand-by counsel only. (*See also* Docket No. 27, indicating Mr. Chontos' appointment as stand-by counsel on January 13, 2005.)

The Probation Office is hereby directed to indicate in any pre-sentence reports issued after this date the fact that Mr. Chontos acted as stand-by counsel and Mr. Banks represented himself herein.

1

And now, this _____ 17ᵗʰ day of February, 2006, Defendant's motion to correct the docket, filed at Docket No. 323, is granted.

_____
Joy Flowers Conti
United States District Judge

cc:   Brendan T. Conway, Esq.
      Assistant U.S. Attorney
      400 United States Courthouse
      Pittsburgh, PA 15219

      Frederick Banks
      No. 120759
      Allegheny County Jail
      950 Second Avenue
      Pittsburgh, PA    15219

      David B. Chontos, Esq.
      561 Beulah Road
      Turtle Creek, PA 15145

      United States Probation Office
      P.O. Box 1468
      Pittsburgh, PA 15230-1468