IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 04-176 |
| ) | |
| FREDERICK H. BANKS ) | |

**ORDER**

    Pending before the Court is a pleading entitled "Ex Parte Motion for Docket Entries and Exhibits," Docket No. 407, filed by Defendant Frederick H. Banks on April 10, 2006. In the motion, Defendant alleges that the U.S. Marshal Services did not allow him to take his case files with him when he was transferred out of Allegheny County Jail "and simply refused to mail out Banks' files." Id. at 1.

    Defendant's stand-by counsel, David B. Chontos, Esq., is hereby directed to attempt to retrieve the legal files from the Allegheny County Jail, mail any files thus recovered to Defendant, and advise the Court of the results of his efforts by letter within ten (10) days of the date of this Order.

    And now, this 13th day of April, 2006, Defendant's motion filed at Docket No. 407 is denied without prejudice to Defendant's right to re-petition the Court on this matter after

1

Mr. Chontos has attempted to assist him in recovering his files.

        /s/ Joy Flowers Conti
        Joy Flowers Conti
        United States District Judge

cc:  Brendan T. Conway, Esq.
     Assistant U.S. Attorney
     400 United States Courthouse
     Pittsburgh, PA 15219

     Frederick Banks
     No. 05711-068
     Federal Transfer Center
     P.O. Box 898801
     Oklahoma City, OK 73189-8801

     David B. Chontos, Esq.
     561 Beulah Road
     Turtle Creek, PA 15145