IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 04-176 |
| | ) | |
| FREDERICK H. BANKS | ) | |

**ORDER**

Following the sentencing hearing in the above-captioned case held on March 10, 2006, Defendant Frederick H. Banks filed with this Court some eleven motions, responses, ex parte letters, notices, and statements.  One such document is entitled "Ex Parte Letter to Stand-by Counsel Concerning Required Sentencing Witnesses and Exhibits," Docket No. 397, filed on March 14, 2006.[1]  Mr. Banks concludes this "ex parte letter" by "respectfully request[ing] that the foregoing witness, exhibits and status report on what happen [sic] with both Hentosh supoenas [sic] be filed on the record from the U.S. Marshals forthwith regarding trial and sentencing."  Id. at 2.

The Court addressed the issues of witness subpoenas and allegedly missing exhibits on the record at Defendant's

---

[1] Although this document was certified as having been served on Defendant's stand-by counsel on March 5, 2006, the envelope in which it was mailed shows that it was postmarked March 13, 2006, i.e., after the sentencing hearing, and received in the Clerk of Court's Office on March 14, 2006.  See Docket No. 397, attachment 1.

1

sentencing hearing and concludes that no further action on this pleading is required.

                                SO ORDERED this 13th day of April 2006.

                                _____
                                /s/ Joy Flowers Conti
                                Joy Flowers Conti
                                United States District Judge

cc:   Brendan T. Conway, Esq.
      Assistant U.S. Attorney
      400 United States Courthouse
      Pittsburgh, PA 15219

      Frederick Banks
      No. 05711-068
      Federal Transfer Center
      P.O. Box 898801
      Oklahoma City, OK 73189-8801

      David B. Chontos, Esq.
      561 Beulah Road
      Turtle Creek, PA 15145