IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
    vs. ) Criminal No. 04-176
)
FREDERICK H. BANKS )

**ORDER**

Defendant Frederick H. Banks ("Defendant") filed a "Notice of Judgment," Docket No. 534 ("the Notice"), asserting that the "Supreme Court of the United Tribes" has awarded him judgment against the United States of America in the amount of not less than $32 million "plus costs, interest and fees." At the Order of this court, the Government filed a response in which it urges the court to ignore the Notice because "the judgment is a complete farce from a non-existent Court," seeks no action by this court, and has nothing to do with this case. (Docket No. 538.)

The court agrees that despite extensive legal research as well as investigation of publicly available information on the internet, the "Supreme Court for the United Tribes" appears to be a non-existent entity. Nor was the court able to identify "Jay Rivers" as a justice of such a court. Furthermore, as the Government points out, the Notice of Judgment seeks no action by this court. The court also finds it curious that purported judgment uses the same typeface as the Notice itself and that the "seal" is a crudely rendered image which looks like nothing more than a child's pencil rubbing of some raised surface.

The clerk of court is hereby directed to strike Docket No. 534 and its attachments as frivolous and as unrelated to this case.


January 4, 2008                   ____/s/ Joy Flowers Conti
                                  Joy Flowers Conti
                                  United States District Judge


cc:   Brendan T. Conway, Esq.
      Assistant U.S. Attorney
      400 United States Courthouse
      Pittsburgh, PA 15219

      Frederick Banks
      No. 05711-068
      Unit 2AU
      P.O. Box 5000
      Yazoo City, MS 39194-5000

      David B. Chontos, Esq.
      561 Beulah Road
      Turtle Creek, PA 15145